FILED
12-1-21
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

MONIQUE ELIZABETH CARTER

CASE NO. 3:21-cr-133-TJC-MCR
18 U.S.C. § 1365(a)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about September 28, 2021, in the Middle District of Florida, the defendant,

MONIQUE ELIZABETH CARTER,

with reckless disregard for the risk that another person would be placed in danger of bodily injury and death, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate commerce, specifically injectable fentanyl, and with the container for such product.

All in violation of 18 U.S.C. § 1365(a).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
11/30/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MONIQUE ELIZABETH CARTER

## INDICTMENT

Violations: 18 U.S.C. § 1365(a)

A true bill,

_____
Foreperson

Filed in open court this __1ST__ day

of December, 2021.

_Megan Q. Chaddock_
Clerk

Bail   $_____

GPO 863 525